## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

**[Filed Electronically]**

| | |
|---|---|
| **ROBERT G. ELLIS, II,**          ) | |
|                                 ) | |
|          **PLAINTIFF**             ) | |
|                                 ) | |
| v.                                 ) | Case No. 4:18-cv-177-TWP-DML |
|                                 ) | |
| **LOUISVILLE METRO GOVERNMENT, et al.,** ) | |
|                                 ) | |
|          **DEFENDANTS.**       ) | |

### JOINT MOTION TO CONTINUE TRIAL DATE

By order of the Court, Plaintiff's motion for an extension of pretrial deadlines has been granted, and the parties have been directed by the Court to move separately to continue the existing trial date of January 11, 2021 in this case. DNs 50, 58.

For the six-month period beginning February 1, 2021, the trial calendars of counsel for the parties are free for a resetting of this case for trial to the following weeks: February 1, 15, and 22; March 1, 8, and 15; April 12, 19, and 26; and May 31 on.

**WHEREFORE,** the parties jointly request that the Court reschedule trial of this case to one of the weeks listed above.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley@aol.com
Camille A. Bathurst
camillebathurst@aol.com
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY  40059

William Perry McCall, III
Mosley Bertrand Jacobs & McCall
332 Sprig Street
Jeffersonville, IN  47130

*Counsel for Plaintiff*


/s/ Brendan R. Daugherty** by permission
Brendan R. Daugherty
Assistant County Attorney
Office of Mike O'Connell - Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202

*Counsel for the Louisville Metro Defendants*


/s/ Joshua R. Lowry** by permission
Joshua R. Lowry
Deputy Attorney Generals
Office of Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204

*Counsel for the Indiana State Police Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was delivered on March 13, 2020 via CM/ECF to all counsel of record.

/s/ Gregory A. Belzley
*Counsel for Plaintiff*