**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| ROBERT G. ELLIS, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-cv-00177-TWP-DML |
| | ) |
| LOUISVILLE METRO GOVERNMENT, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Response to Show Cause Order (Dkt. 83). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

This matter is stayed until **December 21, 2020**, after which the plaintiff's counsel must report whether they have found Mr. Ellis and if he will prosecute his claims. If, at that time, Mr. Ellis is still is still missing or not desirous of prosecuting his claims, Mr. Ellis's complaint will be dismissed with prejudice for failure to prosecute and this case will be closed.

IT IS SO ORDERED.

Date:   10/21/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Gregory A. Belzley
BELZLEY, BATHURST & BENTLEY
gbelzley3b@gmail.com

Brendan R. Daugherty
OFFICE OF MIKE O'CONNELL, JEFFERSON COUNTY ATTORNEY
brendan.daugherty@louisvilleky.gov

Nicholas R Hart
PHILLIPS PARKER ORBERSON & ARNETT, PLC
nhart@ppoalaw.com

William Perry McCall, III
MOSLEY BERTRAND JACOBS & MCCALL
wmpm3@msn.com

Archer Riddick Randall Rose
INDIANA ATTORNEY GENERAL
archer.rose@atg.in.gov