**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

**[Filed Electronically]**

| | |
|---|---|
| ROBERT G. ELLIS, II, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) Case No. 4:18-cv-177-TWP-DML |
| | ) |
| LOUISVILLE METRO GOVERNMENT, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order Adopting the Magistrate Judge's Report and Recommendation (DN 84), the undersigned counsel for Plaintiff respectfully report that despite their best efforts, they have been unable to locate or communicate with Plaintiff Robert G. Ellis, II to date.

The undersigned counsel for Plaintiff sincerely appreciate the Court's courtesy and cooperation in these circumstances, and regret this outcome and the inconvenience it has caused the Court.

Respectfully submitted,

*/s/ Gregory A. Belzley*
Gregory A. Belzley
gbelzley3B@aol.com
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY 40059
(502) 292-2452

William P. McCall, III
332 Spring Street
Jeffersonville, IN 47130
812/282-9000

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was delivered on December 21, 2020 via CM/ECF to all counsel of record.

    /s/ Gregory A. Belzley
    *Counsel for Plaintiff*