# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT G. ELLIS, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-00177-TWP-DML |
| | ) |
| LOUISVILLE METRO GOVERNMENT, | ) |
| STEVE CONRAD, DOUGLAS G. CARGER, | ) |
| MARK A. FRENCH, MICHAEL ESLINGER, | ) |
| CHRISTOPHER KEETON, PAUL BAILEY, | ) |
| ZACHARY SMITH, JUSTIN GELTMAKER, | ) |
| RYNE MCMAHEL, CLINTON BRAKE, | ) |
| DERRICK LEACHMAN, CHARLES DRUIN, | ) |
| MICHAEL BURNS, HUNTER POWELL, | ) |
| CARMINE ZOELLER, JOSEPH HOWELL, | ) |
| SAMANTHA HURST, MARK GRANHOLM, | ) |
| DARREN UTSEY, CLARENCE BEAUFORD, | ) |
| RONDALL CARPENTER, DAVID CRASK, | ) |
| DANIEL WEEDMAN, BRIAN EVANOFF, | ) |
| RACHEL HARROD, DOCKEY OUSLEY, | ) |
| JAME SIMON, ERIC ERNEST, | ) |
| CHARLES HELLER, CHRISTOPHER PRIEL, | ) |
| CHARLES WEBB, MONT TAYLOR, | ) |
| DALE MASSEY, ANTHONY GARCIA, | ) |
| ERNEST CANSLER, MICHAEL BILLER, | ) |
| CHRISTOPHER ELLIS, ALEXANDER | ) |
| MARSON, BRANDON HOGAN, and MICHAEL, | ) |
| CHEESEMAN, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in the above-entitled matter.

Plaintiff Robert G. Ellis, II has failed to prosecute the claims, this action is **DISMISSED** **with prejudice.**

**SO ORDERED.**

Date: 12/23/2020 _____

_(signature)_
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

DISTRIBUTION:

Gregory A. Belzley
BELZLEY, BATHURST & BENTLEY
gbelzley3b@gmail.com

William Perry McCall, III
MOSLEY BERTRAND JACOBS & MCCALL
wmpm3@msn.com

Brandan R. Daugherty
OFFICE OF MIKE O'CONNELL, JEFFERSON COUNTY ATTORNEY
brendan.daugherty@louisvilleky.gov

Nicholas R. Hart
PHILLIPS PARKER ORBERSON & ARNETT, PLC
nhart@ppoalaw.com

Archer Riddick Randall Rose
INDIANA ATTORNEY GENERAL'S OFFICE
archer.rose@atg.in.gov